UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARY HOOTSELL                                                                                               PLAINTIFF

V.                                                                                 CIVIL ACTION NO.4:07-cv-19DPJ-JCS

JAMES C. STRONG AND TEEBERRY, LLC                                                        DEFENDANTS

## ORDER TRANSFERRING VENUE

THERE CAME ON THIS DATE, on the Motion of James C. Strong and Teeberry, LLC, Defendants in the above-styled and numbered civil action, pursuant to the Federal Rules of Civil Procedure, to transfer venue to the Jackson Division in the Southern District of the United States District Court, and the Court being well and fully advised in the premises, finds said Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that this civil action should be, and is hereby, transferred from the "Eastern Division" to the "Jackson Division" of the Southern District of the United States District Court.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

OF COUNSEL:

MacNEILL & BUFFINGTON, P.A.
1080 RIVER OAKS DRIVE
A-250 RIVER OAKS OFFICE PLACE
FLOWOOD, MS 39232
TELEPHONE (601) 936-2800